ACCEPTED
01-15-00795-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 11:01:22 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00795

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 11:01:22 AM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

## OLIVER SMITH

*Appellant*

v.

## SHARON STANDEFER

*Appellee*

ON APPEAL FROM
240TH DISTRICT COURT
FORT BEND COUNTY, TEXAS

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee Sharon Standefer files this Motion for Extension of Time to File Appellee's Brief pursuant to Texas Rule of Appellate Procedure 10.5(b). In support, Appellee shows as follows:

1.    Appellee's Brief is currently due on December 7, 2015. Appellee requests an extension of time for 30 days to file her brief in response to Appellant's

brief. Counsel for Appellee, Jennifer Stogner gave birth to a child on November 11, 2015 and is currently on maternity leave. This extension of time is not sought for delay, but so that justice may be done. If the extension is granted, Appellee's brief would be due on January 6, 2016.

2. Counsel for Appellant has advised that he is not opposed to this extension.

3. Appellee has not previously requested an extension of time in this matter.

## CONCLUSION

For the foregoing reasons, Appellee Sharon Standefer respectfully requests that this Court grant her motion for extension of time to file Appellee's Brief, and for such other and further relief to which she may show herself justly entitled.

Respectfully submitted,

**LAPIDUS KNUDSEN, PC**

/s/Jennifer O. Stogner
**MARK R. LAPIDUS**
TBN: 11942250
**MEGAN L. KNUDSEN**
TBN: 24040473
**JENNIFER O. STOGNER**
TBN: 24056056
3518 Travis, Suite 100
Houston, Texas 77002

Phone: 713/400-6000
Fax: 713/622-8054
**ATTORNEYS FOR DEFENDANT
SHARON STANDEFER**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Dion Craig, Counsel for Appellant regarding this Motion and Mr. Craig advised that Appellant is not opposed to Appellee's Motion for Extension of Time to File Appellee's Brief.

/s/Jennifer O. Stogner
**JENNIFER O. STOGNER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all parties and/or attorneys of record, in accordance with the Texas Rules of Appellate Procedure, on this 4th day of December, 2015.

Dion A. Craig
Attorney at Law
P.O. Box 52845
Houston, TX 77052

/s/Jennifer O. Stogner
**JENNIFER O. STOGNER**